IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID FLORENCE,

     Plaintiff,               No. 2:11-cv-3119-GEB-JFM (PC)

    vs.

A.W. NANGALAMA, *et al.*,

     Defendants.        <u>ORDER</u>

                                 /

        The court issued findings and recommendations on February 17, 2012, recommending dismissal of this action due to plaintiff's failure to file a Notice of Submission of Documents. Plaintiff has filed timely objections, in which he explains his failure to file the notice of submission and notes his intent to file an amended complaint.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed on February 17, 2012 are vacated;

        2. Plaintiff is granted thirty days from the date of service of this order to file an amended complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the amended complaint must bear the docket number assigned this case and must be labeled "Amended Complaint"; plaintiff must file

/////

1

1  an original and two copies of the amended complaint; failure to file an amended complaint in
2  accordance with this order will result in a recommendation that this action be dismissed.
3  DATED: March 19, 2012.

UNITED STATES MAGISTRATE JUDGE

/014;flor3119.vac.fr