IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID FLORENCE,

      Plaintiff,                    No. 2:11-cv-03119 GEB JFM (PC)

     vs.

A.W. NANGALAMA, *et al.*,

      Defendants.               FINDINGS & RECOMMENDATIONS

_____/

        By an order filed April 3, 2012 (ECF 19), this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms necessary to effect service on defendants. That thirty day period has since passed, and plaintiff has not responded in any way to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

        These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Findings and Recommendations." Any response to the objections shall be filed and served within

1

1. fourteen days after service of the objections.  Plaintiff is advised that failure to file objections
2. within the specified time may waive the right to appeal the District Court's order.  Martinez v.
3. Ylst, 951 F.2d 1153 (9th Cir. 1991).
4. DATED:  May 22, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

flor3119.fusm(2)

2