UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FLORENCE, | No. 2:11-cv-3119 GEB JFM P |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| A.W. NANGALAMA, et al., | |
| Defendants. | |

By an order filed June 14, 2013, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms necessary to effect service on defendants. That thirty day period has since passed, and plaintiff has not responded in any way to the court's order. Although it appears from the file that plaintiff's copy of the order was returned,[1] plaintiff was properly served. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

////

---

[1] The June 20, 2013 docket entry states that the mail was returned as "undeliverable, delivery refused." The California Department of Corrections and Rehabilitation inmate locator reflects that plaintiff is still incarcerated at California State Prison at Corcoran, California.

1

1    These findings and recommendations will be submitted to the United States District Judge
2  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
3  after being served with these findings and recommendations, plaintiff may file written objections
4  with the court.  The document should be captioned "Objections to Findings and
5  Recommendations."   Plaintiff is advised that failure to file objections within the specified time
6  may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th
7  Cir. 1991).
8  Dated: July 29, 2013

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

flor3119.fusm

2