UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FLORENCE, | No.  2:11-cv-03119 GEB JFM P |
| Plaintiff, | |
| v. | ORDER |
| A. W. NANGALAMA, et al., | |
| Defendants. | |

The court issued findings and recommendations on July 29, 2013, recommending dismissal of this action due to plaintiff's failure to complete and return to the court, within thirty days, the USM-285 forms necessary to effect service on defendants.  On August 12, 2013, Plaintiff timely filed objections.  ECF No. 24.

In his objections, plaintiff indicates that he was transferred and, as a result, he no longer has his complaint to copy and mail to the court.  ECF No. 24.  The court notes that this is the second time plaintiff has failed to timely provide the necessary forms to effect service on defendants.[1]  See ECF No. 20.  The court will grant plaintiff additional time and direct the Clerk

---

[1] On May 23, 2013, the court entered findings and recommendations recommending this action be dismissed due to plaintiff's failure to provide the necessary forms to effect service on defendants. ECF No. 20. On June 10, 2013, plaintiff requested additional time to provide the necessary forms as well as another copy of his complaint. ECF No. 21. On June 14, 2013, the court vacated the May 23, 2013 findings and recommendations, granted plaintiff additional time to provide the necessary forms, and directed the Clerk of the Court to send plaintiff the forms and a copy of his complaint. ECF No. 22.

1

of the Court to mail the necessary documents to plaintiff, however, no additional copies of plaintiff's third amended complaint will be mailed hereafter.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed on July 29, 2013 (ECF No. 23), are vacated;

2. The Clerk of the Court shall send plaintiff seven USM-285 forms, one summons, an instruction sheet and a copy of the third amended complaint filed November 7, 2012.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

   a. The completed Notice of Submission of Documents;

   b. One completed summons;

   c. One completed USM-285 form for the following defendants: A. Nangalama, C. Bakewell, K. Sarver, D. MaDowel, S. Baider, A. Lopez and E. Colter; and

   d. Eight copies of the endorsed third amended complaint filed November 7, 2012.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

Dated:  August 22, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

flor3119.vac.fr(2)

2