1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DAVID FLORENCE,                        No.  2:11-cv-3119 GEB KJN P

12             Plaintiff,

13        v.                                ORDER

14   A.W. NANGLAMA, et al.,

15             Defendants.

16

17        Plaintiff is a state prisoner, proceeding pro se and in forma pauperis, in this action seeking

18   relief pursuant to 42 U.S.C. § 1983.

19        On November 5, 2013, the court ordered the United States Marshal to serve process upon

20   the defendant in this case.  ECF No. 30.  The Marshal was directed to attempt to secure a waiver

21   of service before attempting personal service on defendant.  If a waiver of service was not

22   returned within sixty days, the Marshal was directed to effect personal service on the defendant in

23   accordance with the provisions of Rule 4 of the Federal Rules of Civil Procedure and 28 U.S.C.

24   § 566(c), without prepayment of costs, and to file the return of service with evidence of any

25   attempt to secure a waiver of service and with evidence of all costs subsequently incurred in

26   effecting personal service.

27        On March 5, 2014, the United States Marshal filed a return of service with a USM-285

28   form showing total charges of $569.40 for effecting personal service on defendant C. Bakewell.

1

ECF No. 38.  The form shows that a waiver of service form was mailed to the defendant on

November 19, 2013, and that no response was received.  Id.

      Rule 4(d) of the Federal Rules of Civil Procedure provides, in pertinent part, as follows:

> An individual, corporation, or association that is subject to service under Rule 4(e), (f), or (h) has a duty to avoid unnecessary expenses of serving the summons. . . .
>
> If a defendant located within the United States fails, without good cause, to sign and return a waiver requested by a plaintiff located within the United States, the court must impose on the defendant:
>
> (A)  the expenses later incurred in making service; and
>
> (B)   the reasonable expenses, including attorney's fees, of any motion required to collect those service expenses.

Fed. R. Civ. P. 4(d)(1), (2)(A), (B).

      The court finds that defendant C. Bakewell was given the opportunity required by Rule 4(d) to waive service and has failed to comply with the request.

      Accordingly, IT IS HEREBY ORDERED that:

      1.  Within fourteen days from the date of this order defendant C. Bakewell shall pay to the United States Marshal the sum of $569.40, unless within that time defendant files a written statement showing good cause for his failure to waive service.  The court does not intend to extend this fourteen day period.

      2. The Clerk of the Court is directed to serve a copy of this order on the U.S. Marshal.

Dated:  March 25, 2014

/Flor3119.taxcost

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE