UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FLORENCE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>A.W. NANGALAMA, et al.,<br><br>　　　　　　Defendants. | No.  2:11-cv-3119 GEB KJN P<br><br><br>ORDER TO SHOW CAUSE |

　　　　By an order filed November 5, 2013, this court directed the United States Marshal to serve all process without prepayment of costs.  On March 5, 2014, the Marshal returned the summons and complaint indicating service on defendant Bakewell was executed.  Defendant Bakewell, although properly served,[1] has not yet filed a responsive pleading.  Accordingly, IT IS HEREBY ORDERED that:

　　　　1. Defendant Bakewell show cause, within twenty-one days from the date of this order, why default should not be entered;

　　　　2. The Clerk of the Court shall forward a copy of this order, as well as a copy of the March 25, 2014 order taxing costs (ECF No. 42), to defendant C. Bakewell at her personal residential address to be obtained from the U.S. Marshal (ECF No. 38) by the Clerk; and

---

[1]  Court records indicate that the U.S. Marshal completed service of process on defendant Bakewell on February 25, 2014.  (ECF No. 38 at 4.)

1

3. The Clerk of the Court is directed to serve a copy of this order on Monica Anderson, Supervising Deputy Attorney General.

Dated: July 18, 2014

/flor3119.77d

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2