UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FLORENCE, | No. 2:11-cv-3119 GEB KJN P |
| Plaintiff, | |
| v. | ORDER |
| A.W. NANGALAMA, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 22, 2014, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 22, 2014, are adopted in full;

2. Defendants' motion to dismiss (ECF No. 34) is granted as to claims nine and ten against defendant McDowell, and denied as to plaintiff's retaliation claim against defendant Lopez; and

3. Defendants Lopez, Baider and Nangalama are directed to file a responsive pleading within fourteen days from the date of this order.

Dated: August 15, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge