UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FLORENCE, | No. 2:11-cv-3119 GEB KJN P |
| Plaintiff, | |
| v. | ORDER |
| A.W. NANGALAMA, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On March 9, 2016, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations. Defendants filed a reply.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 9, 2016, are adopted in full;

2. Defendants' motion for summary judgment (ECF No. 73) is denied as to plaintiff's claim that defendant Colter retaliated against plaintiff on March 23, 2011, and granted in all other respects; and

3. This matter is returned to the assigned magistrate judge for further scheduling.

Dated: July 5, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge