UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FLORENCE,<br><br>        Plaintiff,<br><br>    v.<br><br>E. COLTER,<br><br>        Defendant. | No. 2:11-cv-3119 GEB KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se. On July 9, 2017, plaintiff filed a request to participate in the July 13, 2017 settlement conference by video conference, but that if he is required to appear in person, the court issue an order directing the North Kern State Prison ("NKSP") Warden to (a) release plaintiff immediately into general population without going through orientation; (b) return plaintiff to his prior cell; and (c) return plaintiff to his prior job assignment. However, plaintiff's request was not received by the court until July 13, 2017, and entered on the court's docket on July 14, 2017. Thus, plaintiff's request is now moot as the settlement conference has been completed.[1]

////

---

[1] Moreover, the court is without jurisdiction to issue orders to the warden at NKSP. The instant action proceeds solely as to defendant Colter based on an incident that occurred at California State Prison, Sacramento, on March 23, 2011, and plaintiff is no longer housed at NKSP.

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 114) is denied as moot.

Dated: July 17, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/flor3119.den