UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FLORENCE,<br><br>    Plaintiff,<br><br>    v.<br><br>COLTER,<br><br>    Defendant. | No. 2:11-cv-3119 GEB KJN P<br><br><br>ORDER |

Plaintiff has filed a motion for extension of time to file objections to the pretrial order. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 118) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file objections to the pretrial order.

Dated: August 25, 2017

                                           KENDALL J. NEWMAN
                                           UNITED STATES MAGISTRATE JUDGE

/flor3119.36