UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID FLORENCE,

    Plaintiff,　　　　　　　　　No. 2:11-cv-3119 GEB KJN P

vs.

E. COLTER,　　　　　　　　　　　　　**AMENDED**

    Defendant.　　　　　　　　　**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**
_____/

    David Florence, inmate H-42260, a necessary and material witness in proceedings in this case on March 2, 2018, is confined in North Kern State Prison, P.O. Box 5000, Delano, CA 93216, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable U.S. District Judge Garland E. Burrell, Jr., to appear **by video-conferencing** at North Kern State Prison, March 2, 2018, at 1:30 p.m.

    ACCORDINGLY, IT IS ORDERED that:

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of North Kern State Prison, 2737 West Cecil Avenue, Delano, CA 93215:**

    **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: February 14, 2018

                                            KENDALL J. NEWMAN
                                            UNITED STATES MAGISTRATE JUDGE

/flor3119.841.tch.vc