UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FLORENCE, | No. 2:11-cv-3119 TLN KJN P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| COLTER, | |
| Defendant. | |

Plaintiff is a state prisoner, proceeding pro se. This action is set for trial on January 14, 2019, before the district court. In preparing the writs ad testificandum for the appearance of plaintiff's incarcerated witnesses, the inmate locator for CDCR shows that two of plaintiff's witnesses are no longer in custody: J. Childs, T-28536 and Deshawn Jones, AU7511.[1] Therefore, no writs will issue for the appearance of these two witnesses. Plaintiff is reminded that it is the responsibility of the party who has secured an unincarcerated witness' voluntary attendance to notify the witness of the time and date of trial. No action need be sought or obtained from the court.

IT IS SO ORDERED.

Dated: December 5, 2018

/flor3119.witn

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] The CDCR inmate locator website is https://inmatelocator.cdcr.ca.gov.

1