UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID FLORENCE,

       Plaintiff,

vs.

COLTER,

       Defendant.

No. 2:11-cv-3119 TLN KJN P

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      Glynn Ward, inmate #P-80171, a necessary and material witness in proceedings in this case on January 14, 2019, is confined in North Kern State Prison, P.O. Box 5000, Delano, CA 93216, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, 15th Floor, Courtroom #2, United States District Courthouse, 501 I Street, Sacramento, California on January 14, 2019, at 9:00 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

      2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

      3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison – Sacramento, and on the non-party witness Glynn Ward, inmate #P-80171, at the address set forth above.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Warden of North Kern State Prison, P.O. Box 567, Delano, CA 93216-0567:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: December 5, 2018

                                                      KENDALL J. NEWMAN
                                                      UNITED STATES MAGISTRATE JUDGE

/flor3119.841nk.2